**J. Gregory KENNEDY, Plaintiff–Appellant,**

v.

**BOLES INVESTMENT, INC., Ian Boles, Defendants–Appellees.**

**No. 11–14080.**

United States Court of Appeals, Eleventh Circuit.

Nov. 6, 2012.

Joseph D. Steadman, Dodson & Steadman, PC, Michael B. Smith, Law Office of Michael B. Smith, Mobile, AL, Richard E. Davis, Paul Bradley Murray, Davis & Fields, PC, Daphne, AL, for Plaintiff–Appellant.

William E. Shreve, Jr., Walter M. Cook, Jr., Bradley Robert Sanders, Jr., Phelps Dunbar, LLP, Mobile, AL, for Defendant–Appellee.

Before BARKETT and JORDAN, Circuit Judges, and HODGES,* District Judge.

PER CURIAM:

Following oral argument and a review of the record, we affirm the denial of the ten percent late fee, post-maturity interest, and attorney's fees to J. Gregory Kennedy on the basis of the district court's well-reasoned order.

**AFFIRMED.**